**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                                          (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

June 28, 2021

Ms. Rose Minna Weber
Law Office of Rose M. Weber
30 Vesey Street, Suite 1801
New York, NY 10007

**Re: Foreman et al v. Metropolitan Transportation Authority et al**
**21 Civ. 3774 (NRB)**

Dear Counsel:

     A review of the docket sheet in the above-captioned matter indicates that your complaint was filed on April 28, 2021, and that, as of today's date, the complaint has not been served on the defendants. Rule 4(m) of the Federal Rules of Civil Procedure, as amended as of January 1, 2018, provides:

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Thus, unless you achieve service or can show good cause why your time to serve should be extended, this matter will be dismissed without prejudice on July 27, 2021.

Very truly yours,

*Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge