UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DALAEJA FOREMAN and BRYANT ARACENA,

                              Plaintiffs,      21 Civ. 3774 (NRB)

      -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
et al.,

                              Defendants.

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on July 6, 2021, at approximately 11:25 a.m., at the MTA precinct within Grand Central Terminal, New York, New York, I served a **Summons and Complaint** upon Lt. Carl Sullivan, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit P.O. "John" Perez, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M     Race: L     Hair: black, short     Approx. Age: 30
Approx. Ht.: 5'4"     Approx. Wt.: average

      That on July 6, 2021, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to Lt.

-2-

Carl Sullivan at MTAPD District 5, Grand Central Terminal, 89 E. 42nd Street, New York, New York 10017, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
         July 6, 2021

                                        By:  _____/s_____
                                             Rose M. Weber  (RW 0515)