UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DALAEJA FOREMAN and BRYANT ARACENA,

                                                         Plaintiffs,        21 Civ. 3774 (NRB)

        -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
et al.,

                                                         Defendants.

------------------------------------------------------------------X

# AFFIDAVIT OF SERVICE

       **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

       I am over 18 years of age and am not a party to this action.

       That on July 15, 2021, at approximately 8:30 a.m., I served a **Summons and Complaint** upon the City of New York, defendant therein named, by emailing a true copy of the **Summons and Complaint** to ServiceECF@law.nyc.gov.  I know this to be the temporary email address established by the City of New York for service of process.  I received a "proof of service" email at approximately 8:35 a.m. on that same date.

Dated:     New York, New York
              July 17, 2021

                                                By:       /s
                                                          Rose M. Weber  (RW 0515)