UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DALAEJA FOREMAN and BRYANT ARACENA,          :
                                              :
                            Plaintiffs,       :
                                              :
                                              :    **AMENDED NOTICE OF**
            v.                                :    **APPEARANCE**
                                              :
                                              :    Civil Action No. 21-cv-3774
METROPOLITAN TRANSPORTATION                   :
AUTHORITY, MTA P.O. RYAN McHALE, MTA,
JOSEPH CASALS, MTA P.O. C. DOHERTY, MTA
SGT. CARL SULLIVAN, MTA SGT. 'JOHN
BURDI, MTA LT. "JOHN" PERRAULT, THE
CITY OF NEW YORK, and NYPD P.O.s JOHN and
JANE DOE #1-10, individually and in their official
capacities, (names John and Jane Doe being
fictitious, as the true names are presently unknown), :
                                              :
                                              :
                            Defendants.       :
                                              :
------------------------------------------------------------------ X

To the Clerk of the Court and all parties of record:

     Please enter my appearance as counsel in this case for Defendant Metropolitan Transportation Authority ("MTA"), MTA P.O. Ryan McHale, MTA P.O. Joseph Casale, MTA P.O. C. Doherty, MTA Sgt. Carl Sullivan, MTA Sgt. "John" Burdi, and MTA Lt. "John" Perrault.

     I certify that I am admitted to practice in this Court.

Dated: New York, New York
August 12, 2021

        HOGUET NEWMAN REGAL & KENNEY, LLP

By: _____
Lauren Martin
One Grand Central Place
60 East 42nd St., 48th Fl.
New York, New York 10165
T: 212-689-8808
F: 212-689-5101
lmartin@hnrklaw.com