UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

DALAEJA FOREMAN AND BRYANT ARACENA,

                                    Plaintiffs,

                                                              **NOTICE OF APPEARANCE**

                    -against-

METROPOLITAN TRANSPORTATION AUTHORITY,                        21-CV-3774 (NRB) (SLC)
MTA P.O. RYAN MCHALE, MTA P.O. JOSEPH CASALE,
MTA P.O. CONOR DOHERTY, MTA LT. CARL
SULLIVAN, MTA SGT. RYAN BURDI, MTA CAPT.
ADAM PERRAULT, THE CITY OF NEW YORK, AND
NYPD P.O.S JOHN AND JANE DOES #1-10, individually
and in their official capacities, (the names John and Jane Doe
being fictitious, as the true names are presently unknown),

                                    Defendants.
-------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **JEFFREY F. FRANK**, Assistant Corporation

Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Corporation

Counsel of the City of New York, attorney for defendant City of New York.  I certify that I am

admitted to practice before this Court.  All future notifications should be forwarded to the

undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
         October 14, 2021

                                        GEORGIA M. PESTANA
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street, Room 3-154
                                        New York, New York 10007
                                        (212) 356-3541
                                        jefrank@law.nyc.gov

                        By:     _____
                                        Jeffrey F. Frank
                                        *Assistant Corporation Counsel*

cc:     All Counsel (via ECF)