UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

DALAEJA FOREMAN and BRYANT ARACENA,

                      Plaintiffs,

   -against-

METROPOLITAN TRANSPORTATION AUTHORITY, MTA P.O. RYAN McHALE, MTA P.O. JOSEPH CASALE, MTA P.O. CONOR DOHERTY, MTA LT. CARL SULLIVAN, MTA SGT. RYAN BURDI, MTA CAPT. ADAM PERRAULT, THE CITY OF NEW YORK, and NYPD P.O.s JOHN and JANE DOE #1-10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown,

                      Defendants.
----------------------------------------------------------------x

Index No. 21-CV-3774 (NRB)

**NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record

      I am admitted to practice in this Court, and I appear in this action as counsel for Defendants METROPOLITAN TRANSPORTATION AUTHORITY, MTA P.O. RYAN McHALE, MTA P.O. JOSEPH CASALE, MTA P.O. CONOR DOHERTY, MTA LT. CARL SULLIVAN, MTA SGT. RYAN BURDI, and MTA CAPT. ADAM PERRAULT.

Dated:  New York, New York
          October 27, 2021

_/s/ Jason Barnes_
Jason Douglas Barnes
Associate Counsel
METROPOLITAN TRANSPORTATION AUTHORITY
2 Broadway, 4th Floor
New York, New York 10004
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)