

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

December 15, 2021

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Dalaeja Foreman, et al. v. Metropolitan Transportation Authority, et al.*,
             21-CV-3774 (NRB)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I write to respectfully request that the Court execute the attached Stipulation of Confidentiality and Proposed Protective Order agreed to by all parties.

      We thank the Court for its consideration herein.

                                            Respectfully submitted,

                                            Jeffrey F. Frank
                                            *Assistant Corporation Counsel*
                                            Special Federal Litigation Division

cc:      All Counsel (via ECF)