UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
DALAEJA FOREMAN and BRYANT ARACENA,  :
:
Plaintiffs,  :
:
v.  :     **NOTICE OF APPEARANCE**
:
:     Civil Action No. 21-cv-3774
METROPOLITAN TRANSPORTATION  :
AUTHORITY, MTA P.O. RYAN McHALE, MTA,
JOSEPH CASALS, MTA P.O. C. DOHERTY, MTA
SGT. CARL SULLIVAN, MTA SGT. 'JOHN
BURDI, MTA LT. "JOHN" PERRAULT, THE
CITY OF NEW YORK, and NYPD P.O.s JOHN and
JANE DOE #1-10, individually and in their official
capacities, (names John and Jane Doe being
fictitious, as the true names are presently unknown),  :
:
:
Defendants.  :
:
---------------------------------------------------------------- X

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Metropolitan Transportation Authority ("MTA"), MTA P.O. Ryan McHale, MTA P.O. Joseph Casale, MTA P.O. C. Doherty, MTA Sgt. Carl Sullivan, MTA Sgt. "John" Burdi, and MTA Lt. "John" Perrault.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
          December 17, 2021

                                    HOGUET NEWMAN
                                    REGAL & KENNEY, LLP

                         By:  _____
                                    Steven M. Silverberg
                                    One Grand Central Place
                                    60 East 42nd St., 48th Fl.
                                    New York, New York 10165
                                    T: 212-689-8808
                                    F: 212-689-5101
                                    ssilverberg@hnrklaw.com