# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

February 3, 2022

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2022
       New York, New York

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   *Dalaeja Foreman & Bryant Aracena v. Metropolitan Transportation Authority, et al.*, 21 Civ. 3774 (NRB)

Your Honor:

Plaintiffs in the above-referenced action respectfully request leave to file a Second Amended Complaint in order to name a newly-identified individual (MTA P.O. Darnell Lewis) as a defendant. Both sets of defendants consent to this application. The proposed amended complaint is attached for the Court's convenience.

Thank you for your consideration of this request.

Respectfully,

/s

Rose M. Weber (RW 0515)

cc:   Jeffrey Frank, Esq. (by ECF)
      Helene Hechtkopf, Esq. (by ECF)
      Steven Silverberg, Esq. (by ECF)