UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

DALAEJA FOREMAN and BRYANT ARACENA,

                        Plaintiffs,

                                          21 Civ. 3774 (NRB)

        -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
et al.,

                        Defendants.

--------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on February 14, 2022, at approximately 12:10 p.m., at the MTA precinct within Grand Central Terminal, New York, New York, I served a **Second Amended Summons and Complaint** upon P.O. Darnell Lewis, defendant therein named, by delivering and leaving a true copy of the **Second Amended Summons and Complaint** with a person of suitable age and discretion, to wit Sgt. "John" Gonell, co-worker.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M       Race: L       Hair: black, short       Approx. Age: 35
Approx. Ht.:  5'4"       Approx. Wt.:  average

That on February 15, 2022, declarant mailed another true copy of the **Second Amended Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to P.O. Darnell Lewis at MTAPD District 5, Grand Central Terminal, 89 E. 42nd Street, New York, New York 10017, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:       New York, New York
             February 15, 2022

                                        By:       _____/s_____
                                                  Rose M. Weber  (RW 0515)