# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

March 9, 2022

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:   *Dalaeja Foreman & Bryant Aracena v. Metropolitan Transportation Authority, et al.*, 21 Civ. 3774 (NRB)

Your Honor:

      The parties in the above-referenced action write jointly to advise the Court as to the status of this matter. Since our last letter to the Court (dated January 10, 2022), the parties have exchanged initial disclosures, and there has been some limited document production geared toward allowing the parties to evaluate the merits of the case and the scope of the damages alleged.

      Plaintiffs and the MTA defendants have been discussing settlement and now request respectfully that the Court make a referral to the assigned magistrate judge for a settlement conference.

      Defendant City of New York is not prepared to discuss settlement at this time because the evidence adduced thus far does not show that any particular NYPD police officer participated in the arrest of either plaintiff.

      Thank you for your consideration in this matter.

Respectfully,

/s

Rose M. Weber (RW 0515)

cc:   Jeffrey Frank, Esq. (by ECF)
       Helene Hechtkopf, Esq. (by ECF)
       Steven Silverberg, Esq. (by ECF)
       Lauren Martin, Esq. (by ECF)
       Jason Barnes, Esq. (by ECF)