```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
                                                                  :        ORDER OF REFERENCE
    Plaintiff,                                                    :        TO A MAGISTRATE JUDGE
                                                                  :
           -v-                                                    :            (      ) (      )
                                                                  :
                                                                  :
                                                                  :
    Defendant.                                                    :
                                                                  :
                                                                  :
                                                                  x
------------------------------------------------------------------
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| Specific Non-Dispositive Motion/Dispute:* _____ _____ _____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | Habeas Corpus |
| | Social Security |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ |
| Settlement* | |
| Inquest After Default/Damages Hearing | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated _____

SO ORDERED:

_____
United States District Judge