UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALAEJA FOREMAN and BRYANT ARACENA,

                Plaintiffs,

-v-

                CIVIL ACTION NO.: 21 Civ. 3774 (NRB) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                Defendants.

SARAH L. CAVE, United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 37). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, March 24, 2022 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at least five before the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
             March 11, 2022

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**