UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
DALAEJA FOREMAN and BRYANT ARACENA,

              Plaintiffs,

    - against -

METROPOLITAN TRANSPORTATION                     **ORDER**
AUTHORITY, MTA P.O. RYAN McHALE, MTA
P.O. JOSEPH CASALE, MTA P.O. C. DOHERTY,    21 Civ. 3774 (NRB)
MTA SGT. CARL SULLIVAN, SGT.
"JOHN" BURDI, LT. "JOHN" PERRAULT,
CITY OF NEW YORK, and NYPD P.O.s
JOHN and JANE DOE #1-10, individually and
in their official capacities, (the names
John and Jane Doe being fictitious, as the
true names are presently unknown),
              Defendants.
--------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

      **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
          May 3, 2022

                                    NAOMI REICE BUCHWALD
                               UNITED STATES DISTRICT JUDGE